

have exercised the discretionary power conferred by section 245 of the Act. *See also* section 205 of the Act (8 U.S.C. § 1155). So that such discretion may be exercised, the cause is remanded to the Immigration and Naturalization Service.

So ordered.

ment of the District Court and remand the case with directions that Welch's complaint be dismissed *as moot*.

Vacated and remanded with directions to dismiss the complaint.

**Robert Lee WELCH, Petitioner-Appellant,**

v.

**Cecil H. PRICKETT, Warden of the Birmingham City Jail, et al., Respondents-Appellees.**

No. 72–1419
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

May 31, 1972.

**John W. CANCLER, Petitioner-Appellant,**

v.

**C. Murray HENDERSON, Warden, Respondent-Appellee.**

No. 71–3515
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

May 11, 1972.

Robert R. Bryan, Birmingham, Ala., for petitioner-appellant.

Earl McBee, City Atty., J. M. Breckenridge, W. C. Walker, Larry H. Warren, Birmingham, Ala., for respondents-appellees.

Before THORNBERRY, COLEMAN and INGRAHAM, Circuit Judges.

PER CURIAM:

Upon examination of the record and briefs in this appeal, we vacate the judg-

---

* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, et al., 5 Cir., 1970, 431 F.2d 409, Part I.

* ▇ Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.